| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |
| | CASE TYPE: EMPLOYMENT |

| | | |
|---|---|---|
| Erika López Prater, Ph.D., | ) | Court File No. 62-CV-23-365 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **NOTICE OF FILING OF** |
| Trustees of the Hamline University of Minnesota, | ) ) ) | **NOTICE OF REMOVAL** |
| Defendant. | ) ) | |

TO: Plaintiff Erika López Prater, Ph.D. ("Plaintiff"), and her attorneys of record, David H. Redden, Nicholas G.B. May, and Adam A. Gillette, Fabian May & Anderson, PLLP, 1525 Medical Arts Building, 825 Nicollet Mall, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that on February 7, 2023, Defendant Trustees of the Hamline University of Minnesota ("Defendant") filed a Notice of Removal of this action from the State Court of Minnesota, Second Judicial District, Ramsey County, to the United States District Court for the District of Minnesota, a copy of which is attached hereto. The undersigned certifies that a copy of the Notice of Removal was served on Plaintiff's counsel on February 7, 2023, by United States Mail and via electronic service via Tyler/Odyssey.

Dated: February 7, 2023

**HINSHAW & CULBERTSON LLP**

*s/ Mark T. Berhow*
Mark T. Berhow, Reg. No. 031450X
Kevin R. Coan, Reg. No. 29357X
250 Nicollet Mall, Suite 1150
Minneapolis, MN 55401
Telephone: 612-333-3434
Facsimile: 612-334-8888
mberhow@hinshawlaw.com
abaggio@hinshawlaw.com

***Attorneys for Defendant Trustees of the Hamline University of Minnesota***

1057337\312530563.v1