UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Erika López Prater, Ph.D., | ) | Court File No. |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF SERVICE** |
| Trustees of the Hamline University of Minnesota, | ) ) ) ) | |
| Defendant. | ) | |

STATE OF MINNESOTA )
                            ) ss.
COUNTY OF HENNEPIN )

      Shari L. Kuechle of the City of Delano, County of Wright in the State of Minnesota, being duly sworn says that on the 7th day of February, 2023, she served the annexed

      1.    Notice of Filing Notice of Removal;
      2.    Notice of Removal with Exhibits 1, 2, and 3;
      3.    Civil Cover Sheet; and
      4.    Affidavit of Service.

upon the following attorneys electronically and by mailing to them a copy thereof, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota, directed to them at their last known address:

      David H. Redden, Esq.
      Nicholas G.B. May, Esq.
      Adam A. Gillette, Esq.
      Fabian May & Anderson PLLP
      1625 Medical Arts Building
      825 Nicollet Mall
      Minneapolis, MN  55402

                                              Shari L. Kuechle

Subscribed and sworn to before me
this 7th day of February, 2023.

Notary Public
My commission expires 1/31/25



MARY A. HARO
Notary Public-Minnesota
My Commission Expires Jan 31, 2025