# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Erika López Prater, Ph.D., | ) | Court File No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATEMENT REGARDING FILING** |
| v. | ) | **UNDER SEAL EXHIBIT 2** |
| | ) | **TO DEFENDANT'S NOTICE OF** |
| Trustees of the Hamline University of Minnesota, | ) | **REMOVAL** |
| | ) | |
| Defendant. | | |

_____

PLEASE TAKE NOTICE that pursuant to 5.6(d)(1)(A)(ii), I, Mark T. Berhow, state that Exhibit 2 to Defendant's Notice of Removal must be filed under seal in its entirety as this document constitutes a personnel record and contains references to personal information. Given the scope of the information that is confidential, private or non-public reflected throughout the document, it would be impracticable to redact the confidential, non-public and private information.

Dated: February 7, 2023.

        **HINSHAW & CULBERTSON LLP**

        By: _s/Mark T. Berhow_
        Mark T. Berhow, Reg. No. 031450X
        Kevin R. Coan, Reg. No. 29357X
        250 Nicollet Mall, Suite 1150
        Minneapolis, MN 55401
        Telephone: 612-333-3434
        Facsimile: 612-334-8888
        mberhow@hinshawlaw.com
        kcoan@hinshawlaw.com

        *Attorneys for Defendant Trustees of*
        *the Hamline University of Minnesota*