UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erika López Prater, | Case No. 23-cv-00313 (PAM/JFD) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Trustees of the Hamline University of Minnesota, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Erika López Prater, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of this case without prejudice.

Defendant has not answered or moved for summary judgment.

Dated: 2-9-2023

/s/ David H. Redden
Nicholas G. B. May, #287106
David H. Redden, #391496
Attorneys for Erika López Prater
**FABIAN MAY & ANDERSON, PLLP**
1625 Medical Arts Building
825 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 353-3340
nmay@fmalawyers.com
dredden@fmalawyers.com