UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Erika López Prater, | Civ. No. 23-313 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Trustees of the Hamline University of Minnesota, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Docket No. 7.) Plaintiff asks for a dismissal of her claims without prejudice. Because Defendant has not yet answered or moved for summary dismissal of the Complaint, this Notice suffices to close this case without further Court action. See Fed. R. Civ. P. 41(a)(1)(A) (before an answer or motion for summary judgment, a plaintiff may dismiss an action without court order by filing a notice of dismissal with the court). In this District, however, the Clerk of Court will not enter judgment without a Court order directing the entry of that judgment.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, February 9, 2023

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge