# UNITED STATES DISTRICT COURT
## District of Minnesota

Erika Lopez Prater

Plaintiff(s),

v.

Trustees of the Hamline University of Minnesota

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 23-cv-313 PAM/JFD

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is DISMISSED without prejudice.

Date: 2/10/2023

KATE M. FOGARTY, CLERK